THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* MERCER HICKS CORPORATION et al., Defendants. GEORGE C. KIMBER et al., as Trustees under the Will of ANNE A. KIMBER, Deceased, Appellants; DANIEL J. RIESNER, as Receiver, Respondent.

Submitted May 14, 1951; decided May 24, 1951.

*Menahem Stim* and *Joseph D. Stim* for motion.

*K. Courtenay Johnston* for Kimber trustees, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.